# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN HOLLAND,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | No. 17-cv-2909 |
| **NTP MARBLE, INC., ET AL.,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 7th day of May, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 33), Defendants' Motion *in Limine* (ECF No. 36), and the responses and replies thereto, it is hereby **ORDERED** that:

- Defendants' Motion for Summary Judgment (ECF No. 33) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion;
- Defendants' Motion *in Limine* (ECF No. 36) is **DENIED AS MOOT**; and
- The Court of Clerk is directed to mark this action **CLOSED**.

                              **BY THE COURT:**

                              */s/ Mitchell S. Goldberg*

                              **MITCHELL S. GOLDBERG, J.**